W. J. WESTON ET AL., APPELLANTS, VS. S. D. MOODY ET AL., APPELLEES.

1. A statement, in a petition of appeal, that the trial court " admitted improper evidence," or " rejected proper evidence," is insufficient. The particular evidence admitted or rejected should be designated.

2. Where appellee moves, at the term to which an appeal was taken, to dismiss the appeal on account of the failure of appellants to file a petition of appeal in the time prescribed by the rules, and pending such motion the appellants move for leave to file the petition, accompanying the motion with a petition which is too general in its designation of alleged errors, the court will, under the liberal practice obtaining in such cases, permit the petition to be filed *on terms*. Payment by appellant of the costs of both motions and filing a proper amended petition of appeal within a stated time, required as terms of allowance of appellants' motion.

Appeal from the Circuit Court for Marion county.

Motion to dismiss appeal.

The facts in the case are stated in the opinion of the court.

*Bullock* and *Burford* for Motion.

*L. N. Green, Contra.*

RANEY, C. J.:

Appellees moved to dismiss appeal taken to this term, on account of failure of appellants to file a petition of appeal within the time prescribed by Rule 8. Appellants have presented a petition of appeal and moved to be permitted to file the same. The appellees object to the petition as being too general, in stating that the court below "admitted improper evidence," and "rejected proper evidence," without pointing out the particular evidence admitted or rejected. This objection to sufficiency of these statements of the errors complained of, is well taken, yet we do not think it justifies a dismissal of the appeal. Pittman vs. Myrick 16 Fla., 401. We will, under the liberal practice obtaining in such cases, permit the appeal to stand upon the following terms: The costs of both motions will be taxed against appellants, and the appellants must within ten days file an amended petition of appeal designating such rulings, orders and decrees as

they claim to be erroneous. Should they fail to file such amended petition the court will of its own motion dismiss the appeal. The motion of appellees will be denied, and that of the appellants granted on the terms indicated as to each.